IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

ANNETTE COMBS,

    Plaintiff,

v.

DURASERV CORP,

    Defendant.

Case No.:

## COMPLAINT

Plaintiff, ANNETTE COMBS, sues Defendant, DURASERV CORP, ("DURASERV"), and alleges:

### General Allegations

1. This is an action for breach of contract based on a written agreement between Plaintiff and Defendant. Plaintiff also pleads unjust enrichment, in the alternative.

2. The damages sought in this action are greater than $50,000.00, exclusive of costs, interest, and attorney's fees.

3. Defendant DURASERV is a for-profit company organized in the State of Delaware with its principal place of business located at 11431 Ferrell Drive, Suite 204, Farmers Branch, TX 75234.

4. Defendant is registered to conduct business in Florida. Defendant has office in, and conducts substantial business in Lee County, Florida.

5. In Lee, Collier, and Charlotte Counties, Defendant DURASERV does business as "Action Automatic Door & Gate." Defendant employed Plaintiff from its "Action" office located at 11360 Metro Parkway, Fort Myers, FL 33966.

6. The causes of action alleged in this Complaint accrued in Lee County, Florida.

7. The Plaintiff, ANNETTE COMBS, is an individual who, at all times material, resided in Lee County, Florida.

8. All conditions precedent to bringing this action have been performed or have occurred.

## COUNT I – BREACH OF CONTRACT

9. Plaintiff repeats and realleges paragraphs 1 through 8 as if fully set forth herein.

10. DURASERV d/b/a Action sells and services commercial and residential garage door and gate systems.

11. On October 8, 2019, DURASERV hired Plaintiff as an Inside Residential Sales Representative for Action in its Fort Myers office.

12. The terms of Plaintiff's employment and compensation were presented by DURASERV in a written offer, which Plaintiff accepted. A copy of the signed Offer Letter is attached hereto as **Exhibit 1**.

13. DURASERV agreed to pay Plaintiff an hourly rate plus commissions on retail sales. Plaintiff was also entitled to performance incentive bonuses.

14. In her position as Inside Residential Sales Representative, Plaintiff was responsible for handling all inbound customer inquiries, providing quotes, and selling Defendant's products and services.

15. To earn a commission, Plaintiff had to obtain a sales order and an initial deposit from the customer, and input the order information into Defendant's software systems.

16. Plaintiff was terminated on January 13, 2023.

17. As a result Plaintiff's experience and skillset, and as a result of the damage done by Hurricane Ian in September 2022, prior to her termination, Plaintiff was able to secure valuable sales orders resulting in millions of dollars in profit for DURASERV.

18. As a result of her sales, prior to her termination, Plaintiff earned approximately $300,000 in commission compensation which was still unpaid.

19. DURASERV has failed and refused to pay Plaintiff's earned commissions and instead kept the funds to enrich itself.

20. Plaintiff performed as required under the terms of the written agreement, attached as Exhibit 1, by procuring significant sales for DURASERV.

21. Although the agreement resulted in millions of dollars in profits for Defendant, Defendant breached the agreement and repudiated its obligations by failing and refusing to pay Plaintiff the agreed upon commission for the sales orders.

22. Prior to filing this action, Plaintiff made demands for the payment of her commission compensation, which Defendant ignored.

23. As a result of Defendant's breach, Plaintiff has suffered damages in the form of unpaid commissions that she should have been paid but for the Defendant's breach.

**WHEREFORE**, Plaintiff demands judgment against Defendant for unpaid commissions and attorney's fees and costs under Fla. Stat. § 448.08.

### Count II – Unjust Enrichment
### (Pled in the Alternative)

24. Plaintiff repeats and realleges paragraphs 1 through 23 as if fully set forth here.

25. As a result of the services Plaintiff provided to Defendant, Plaintiff has conferred a benefit on Defendant in the form of substantial revenues received for many sales orders.

26. Defendant knowingly and voluntarily accepted and retained the benefit conferred.

27. Defendant owes Plaintiff money that is due for the benefit of obtaining sales orders for Defendant.

28. Defendant's retention of the benefit is inequitable unless it pays Plaintiff the value of the benefit conferred.

**WHEREFORE**, Plaintiff demands judgment against Defendant for unpaid commissions and attorney's fees and costs under Fla. Stat. § 448.08.

### Demand for Jury Trial

Plaintiff demands a jury trial.

Dated: June 1, 2023

Respectfully submitted,

/s/ Jason L. Gunter
Jason L. Gunter
Fla. Bar No. 0134694
Email: Jason@GunterFirm.com
Conor P. Foley
Fla. Bar No. 111977
Email: Conor@GunterFirm.com
Adam C.R. Heisner
Fla. Bar No. 124727
Email: Adam@GunterFirm.com

**GUNTERFIRM**
1514 Broadway, Suite 101
Fort Myers, FL 33901
Tel: 239.334.7017

# EXHIBIT 1

# DURASERV
People | Products | Performance

| | |
|---|---|
| **TO:** | ANNETTE COMBS |
| **FROM:** | LINDA BROWN, DIRECTOR OF HUMAN RESOURCES |
| **SUBJECT:** | INSIDE RESIDENTIAL SALES REPRESENTATIVE, ACTION AUTOMATIC DOOR AND GATE |
| **DATE:** | OCTOBER 8, 2019 |
| **CC:** | GREG COURTOT, SALES MANAGER; JOSE COMELLAS, DIVISION MANAGER; BRIAN HUNTER, RVP FLORIDA |

Dear Annette-

We are pleased to present you with this offer to rejoin Action Automatic Door and Gate (Action), Ft. Myers location, a division of DuraServ. Per our recent discussion below are details of your offer.

Please consider this Term Sheet as a "Confidential" outline of the terms of employment with Action. This is not an employment contract, but rather a brief summary of the method in which your pay and variable compensation will be determined, along with some other transition and benefit information.

**POSITION:** Inside Residential Sales Representative, reporting to Greg Courtot, Sales Manager

**START DATE:** 11/4/2019

**Your non-exempt hourly rate is $15.50, paid bi-weekly**

### COMMISSION ON RETAIL SALES

| Book Pricing | Up to 5% off | >5% off |
|---|---|---|
| 5% of sales revenue | 4% of sales revenue | Any sales > 5% off book require management approval |
| Up to $50 deduction available on any operator sold with new door | | |

### INCENTIVE BONUS OPPORTUNITY

| Posted Sales Exceeds $110,000 | Posted Sales Reach $165,000 | Posted Sales Reach $220,000 |
|---|---|---|
| 1% on all sales that month | 1% plus $500 bonus | 1% plus $1000 bonus |
| Earning potential equals $1100 | Earning potential equals $2150 | Earning potential equals $3200 |

### REQUIREMENTS

You must fill out your DAILY REPORT EVERY DAY and enter the totals in the computer. Failure to do so will make you ineligible for your incentive bonus.

Bonuses are paid to employees who are fully employed by DuraServ at time of distribution and have not given notice of resignation.

**DURASERV CORP**
Southern Dock Products | Just Rite Equipment | American Roll Up Door | Passport Door and Dock | Best Door
Lavallee Overhead Door | Action Automatic Door & Gate | DuraFlex | Cookson Door Sales of AZ
The Overhead Door Company of Austin, New Orleans, South Florida, Eastern New Jersey, Charlotte and Hickory
11431 Ferrell Drive, Suite 200, Farmers Branch, TX 75234 | Phone: 214-496-0059 | Fax: 214-496-0883
www.duraservcorp.com
eFiled Lee County Clerk of Courts Page 2

**JOB CHECKS**
- Job Checks to be regularly performed by Action Door technicians or Annette Combs. When job checks are performed by Action Technicians, those jobs will be subject to $15 deduction against commission on the job.
- Periodically, business conditions may dictate that job checks be performed by field sales representatives. When field sales is required to perform job check, commission will be split between you and the sales representative performing job check.

**REQUIREMENTS**
- Wear clothing or name tag identifying Action Automatic Door & Gate during business hours
- Commissions on jobs with split call slips will be paid when job is completed
- The cost of incorrect measurements will be charged back
- The commission on accounts written off will be charged back
- Continual prospecting is a job requirement
- Maintain all company property in your possession is clean and in good working order

**COMPUTER**: We will provide you with a computer for your business use. The computer will remain property of the company as will the included software and customer data that is confidential Action/DuraServ information.

**BENEFITS:** You will be eligible to enroll in the Company's Medical, Dental, Vision and supplemental benefits December 1, 2019. The employee contribution will vary based on the number of family members and plan option which you elect.

**INSURANCE**: Presently the Company provides life insurance at one times annual earnings at no cost to you. Additional supplemental insurances are available through a company program with Colonial.

**401K**: You will be eligible to participate in the Company's 401-K plan administered by Fidelity effective immediately. We are currently matching 50% of up to 4% of your annual compensation.

**MEETINGS & SALES REP REQUIREMENTS**: You will be required to attend weekly sales meetings and provide a weekly forecast and updated quote log of open quotes. A separate document will be provided outlining this process. A format for these documents will be provided under separate cover. This is not an exclusive list of Sales Representative requirements. You will be provided with a "sales plan detail" document that will further outline sales representative responsibilities.

**CONFIDENTIALITY AND NON-COMPETE COVENANT**: A requirement in accepting this position, and in accordance with the level of confidential information that you will be given, you will be required to sign and execute a 1 year non-compete covenant effective with your acceptance of this position. In addition, we have a defined list of sales policies and responsibilities that you will be provided under the heading "Sales Plan and incentive details".

**COMPLIANCE WITH COMPANY'S PERSONNEL POLICIES**: You will be required to carefully review the Company's personnel policies, company handbook, etc. and they may be amended from time to time. You will be expected to abide by those policies.

**DURASERV CORP**
Southern Dock Products | Just Rite Equipment | American Roll Up Door | Passport Door and Dock | Best Door
Lavallee Overhead Door | Action Automatic Door & Gate | DuraFlex | Cookson Door Sales of AZ
The Overhead Door Company of Austin, New Orleans, South Florida, Eastern New Jersey, Charlotte and Hickory
11431 Ferrell Drive, Suite 200, Farmers Branch, TX 75234 | Phone: 214-496-0059 | Fax: 214-496-0883
www.duraservcorp.com

eFiled Lee County Clerk of Courts Page 3

Under the Immigration Reform and Control Act (IRCA), our company is required to verify the identity and work authorization of all newly hired employees. Therefore, you will be required to complete the I-9 form upon hire. Within three business days of beginning employment, you will need to supply acceptable documentation (as noted on the I-9 form) of your identity and work authorization. An email that includes the I-9 and additional on boarding documents will be sent to you from our Human Resources Department.

<u>OUR COMPANY ADHERES TO A POLICY OF EMPLOYMENT-AT-WILL WHICH ALLOWS EITHER PARTY TO TERMINATE THE EMPLOYMENT RELATIONSHIP AT ANYTIME, FOR ANY REASON, WITH OR WITH OUT CAUSE OR NOTICE.</u>

Annette, these are the broad terms of employment that we would offer you, we are excited you are rejoining us and fully expect that you would be a top producer and key contributor in our company. We look forward to having you rejoin the Action.

Best Regards-                                Agreed and accepted-

*Linda Br*                                   *Annette Combs*
_____                          _____
Linda Brown                                  Annette Combs

Dated _____                            Dated 10-8-19

**DURASERV CORP**

Southern Dock Products | Just Rite Equipment | American Roll Up Door | Passport Door and Dock | Best Door
Lavallee Overhead Door | Action Automatic Door & Gate | DuraFlex | Cookson Door Sales of AZ
The Overhead Door Company of Austin, New Orleans, South Florida, Eastern New Jersey, Charlotte and Hickory
11431 Ferrell Drive, Suite 200, Farmers Branch, TX  75234 | Phone: 214-496-0059 | Fax: 214-496-0883
www.duraservcorp.com